IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ORIGINAL**

| | | |
|---|---|---|
| CHRISTOPHER PIERRE BROWN, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:05-CV-0951-M |
| v. | § | |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated December 13, 2006, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court. The Court notes particularly Petitioner's failure to address the conclusion of the Magistrate Judge that he has not demonstrated prejudice.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this _2d_ day of _February_, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE